## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **21–15751 – DER**   Chapter: **7**   Adversary No.: **21–00213**

**Gregory Gerard Hunt**
Debtor

**Gregory Gerard Hunt**
Plaintiff

vs.

**SUNTRUST BANK**
Defendant

### SUMMONS AND NOTICE OF PRE–TRIAL CONFERENCE

**To the above named defendant:**

YOU ARE SUMMONED and required to file with this court and to serve upon the plaintiff or the plaintiff's attorney:

> Jeffrey P. Nesson
> Law Office of Jeffrey P. Nesson
> 44 Westminster Pike
> Reisterstown, MD 21136

either a motion or an answer to the complaint which is now served upon you.

If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon plaintiff's attorney within 30 days of the date of issuance of this by the clerk except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

The motion or answer served by you must be filed with this court either before service or within a reasonable time after service. **FAILURE TO RESPOND IN ACCORDANCE WITH THIS SUMMONS SHALL ACT AS YOUR CONSENT TO ENTRY OF FINAL ORDERS AND JUDGMENTS BY THE BANKRUPTCY COURT, AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.**

YOU ARE HEREBY NOTIFIED THAT A PRE–TRIAL CONFERENCE WITH RESPECT TO THIS COMPLAINT HAS BEEN SET FOR:

11/30/21 at 10:00 AM by videoconference or teleconference (contact Hearings_DER@mdb.uscourts.gov at least 2 business days prior to the scheduled hearing for instructions on how to participate in the hearing).

Dated: 10/19/21

Mark A. Neal, Clerk of Court
by Deputy Clerk, Cherita Scott
410–962–7769

*Seal: UNITED STATES BANKRUPTCY COURT · DISTRICT OF MARYLAND*
October 19th, 2021
Clerk of the
United States
Bankruptcy Court
s/ Mark A. Neal

Form sumprtrl (rev. 08/18/20)